```
                        UNITED STATES DISTRICT COURT
                           DISTRICT OF MINNESOTA
```

KEITH CROW,                                    Case No. 08-CV-3350 (PJS/FLN)

          Plaintiff,

v.                                             ORDER

JOAN FABIAN, DAVID R. CRIST,
JERRY CLAY, LCIE STEVENSON,
and LYNN MILLING

          Defendants.

---

According to the terms of the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 13, 2009, Crow's objection was due on August 27, 2009. Crow moved for an extension of time to file his objection, and the Court granted the motion, giving Crow until September 10, 2009 to serve and file his objection. Crow did not timely file and serve an objection. Accordingly, based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 13, 2009, all the files and records, and no objection having been filed,

**IT IS HEREBY ORDERED** that Plaintiff's motions for preliminary injunction [Docket Nos. 17, 29] are DENIED.

Dated: September 18, 2009                      s/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Judge