UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Crow,                                                          Civil 08-3350 PJS/FLN

        Plaintiff,

        v.                                                           O R D E R

Joan Fabian, David R. Crist,
Jerry Clay, LCIE Stevenson,
and Lynn Milling,

        Defendants.
_____

        Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated February 4, 2010, all the files

and records, and no objections having been filed to said Report and Recommendation,

        **IT IS HEREBY ORDERED** that:

        1.  Defendants' motion for summary judgment [#34] is GRANTED;

        2.  Plaintiff's motion for summary judgment [#66-1, pp. 97-103] is DENIED;

        3.  Summary judgment is GRANTED in favor of Defendant Lynn Milling; and

        4.  This action is dismissed with prejudice.


DATED:  02/26, 2010.                          s/Patrick J. Schiltz
at St. Paul, Minnesota                      Patrick J. Schiltz
                                             United States District Judge